AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**

**07/27/2022**
**Clerk, U.S. District Court**
**Western District of Texas**

**By:** V. Medina
            **Deputy**

USA §
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: EP:22-M -01856(1) - LS
§
(1) Luciano Garcia-Corona §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 25, 2022** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, Luciano GARCIA-Corona, an alien to the United States and a citizen of Mexico was found approximately .96 miles west of the Paso del Norte port of Entry in El Paso, Texas in the Western District of Texas. From statements*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,
    /s/ Vasquez, Edward R
    Signature of Complainant
    Border Patrol Agent

July 27, 2022     at    EL PASO, Texas
Date     City and State

LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE     Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 11:50 A.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:22-M -01856(1)

WESTERN DISTRICT OF TEXAS

(1) Luciano Garcia-Corona

FACTS   (CONTINUED)

made by the DEFENDANT to the arresting agent, DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  Defendant has been previously removed from the United States to Mexico on October 25, 2017 through Hidalgo, TX. Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 3 time(s), the last one being to MEXICO on October 25, 2017, through HIDALGO, TX

CRIMINAL HISTORY:
06/06/1997, Tama County Sheriff's Office, IA, False Report to Law Enforcement(M), CNV, 26 days Jail; $250 Fine.
10/07/2010, Marshalltown PD, IA, Domestic Abuse(M), CNV, 2 Days Jail.
01/13/2011, Tama County SO, IA, Domestic Abuse Assault w/ Intent or Displays a Weapon(M), CNV, 2 Years Prison.
12/07/2013, Tama County SO, IA, Arson 3rd Degree(M), CNV, 2 Years Prison; Fine $625.
10/16/2014, ICE Cedar Rapids, IA, Fraud and Misuse of Visas(F), CNV, N/A.
03/03/2015, Cedar Rapids, IA, Reentry of Deported Alien(F), CNV, 41 months Prison; 36 months Supervised release.
10/10/2019, Chantilly , VA, Reentry of Previously Removed Alien(F), CNV, N/A.